69533. NORRIS et al. v. ATLANTA & WEST POINT RAILROAD COMPANY.
(336 SE2d 851)

BIRDSONG, Presiding Judge.

The decision of this court in the above-styled case having been reversed by the Supreme Court on certiorari (*Norris v. Atlanta & West Point R. Co.*, 254 Ga. 684 (333 SE2d 835) (1985)), our decision is hereby vacated and the trial court's judgment granting summary judgment to Atlanta & West Point Railroad Company is reversed.

*Judgment reversed. Banke, C. J., Deen, P. J., McMurray, P. J., Carley, Sognier, Pope, Benham, and Beasley, JJ., concur.*

DECIDED OCTOBER 16, 1985.

*L. Lin Wood, Jr., John O. Moore, Thomas F. Brown II*, for appellants.

*Willis G. Haugen, Delia T. Crouch*, for appellee.